JOSEPH BIRD, Appellant, *v.* SAMUEL KREISER, Respondent.

APPEAL from order vacating order for the examination of the defendant before trial.

*C. Bainbridge Smith*, for appellant.

*Fromme Brothers*, for respondent.

FITZSIMONS, J.   The order appealed from is affirmed, with costs.   The reasons stated by the Special Term justice in his opinion are sufficient to sustain the order and are adopted by us.

EHRLICH, Ch. J., and VAN WYCK, J., concur.
Order affirmed, with costs.

---

ERNEST LIEBERMAN *v.* OSCAR E. VERMILYE et al.

APPEAL from an order granting a bill of particulars.

*M. J. Stein*, for appellant.

*I. A. Englehart*, for respondent.

EHRLICH, Ch. J.   The papers presented a fair case, calling for the exercise of the discretion of the court below, which was not abused by directing the defendant to furnish the bill of particulars provided for by the order, which must be affirmed, with costs.

VAN WYCK, J., concurs.
Order affirmed, with costs.